**DENIED and Opinion Filed May 23, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00495-CV**

**IN RE STATE FARM MUTUAL AUTOMOBILE COMPANY AND BRITTANY MAEGAN PIERPONT, Relators**

**Original Proceeding from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-22-03601-B**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Nowell, and Miskel
Opinion by Justice Nowell

Before the Court are relators' May 22, 2023 petition for writ of mandamus and emergency motion to stay. Relators challenge the trial court's May 15, 2023 "Order Denying Defendants' Motion to Quash Plaintiff's Notice of Intent to Take Oral and Video-Taped Deposition of Defendant State Farm's Corporate Representative and Motion for Protective Order."

Entitlement to mandamus relief requires relators to show that the trial court clearly abused its discretion and that relators lack an adequate appellate remedy. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig.

proceeding). After reviewing relators' petition and the record before us, we conclude that relators have failed to demonstrate entitlement to mandamus relief.

Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

We also deny relators' emergency motion as moot.

Further, relators' May 22, 2023 "Verified Record in Support of Petition for Writ of Mandamus" contains unredacted sensitive information, including driver's license and tax-identification numbers, in violation of Texas Rule of Appellate Procedure 9.9. *See* TEX. R. APP. P. 9.9. Accordingly, we **STRIKE** relators' mandamus record.

230495f.p05

/Erin A. Nowell//
ERIN A. NOWELL
JUSTICE